# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

STATE OF FLORIDA,

Petitioner,

v.

SHAUN PATRICK BUSH,

Respondent.

No. 2D23-1709

_____

April 10, 2024

Petition for Writ of Certiorari to the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson Assistant Attorney General, Tampa, for Petitioner.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Respondent.


PER CURIAM.

Denied.

SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.